UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JACOB KAPLAN,

                                  Plaintiff,

                      -against-

UNITED HEALTHCARE INSURANCE COMPANY
OF NEW YORK and OPTUMHEALTH, INC.,

                                Defendants.
------------------------------------------------------------X

Civ. Act. No.
12-cv-7610(RA)(MD)

**AFFIDAVIT OF SERVICE OF
ORDER AND NOTICE OF
INITIAL CONFERENCE**

**DOCUMENT
ELECTRONICALLY FILED**

STATE OF NEW YORK    )
                           : ss.:
COUNTY OF NEW YORK  )

      JOHN T. SEYBERT, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in the State of New York, Suffolk County.

      That on the 24th day of October, 2012, deponent served the ORDER AND NOTICE OF INITIAL CONFERENCE by email upon:

                        Robert Kaplan, Esq.
                        Ferber Chan Essner & Coller, LLP
                        530 Fifth Avenue
                        New York, New York 10036
                        rkaplan@ferberchan.com

                                        _____
                                        JOHN T. SEYBERT (JS 5014)

Sworn to before me, this
21st day of November, 2012

_____
             Notary Public

JANEZZA FERRERO
Notary Public State of New York
Nassau County
Lic. #01FE6172908
Commission Expires Aug. 20, 2015

NY/1125072v1