UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JACOB KAPLAN,

                                   Index No. 12 Civ. 761 (RA)

                      Plaintiff,

       -against-

UNITED HEALTHCARE INSURANCE COMPANY
OF NEW YORK and OPTUMHEALTH, INC.,

                    Defendants.
------------------------------------x

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Ferber Chan Essner & Coller, LLP hereby appears as attorneys for plaintiff and demands that copies of all pleadings, notices and other papers in this proceeding be served upon the firm at the address given below.

Dated: New York, New York
       November 30, 2012

                          FERBER CHAN ESSNER & COLLER, LLP

                          By: _____
                               Robert M. Kaplan
                          Attorneys for Plaintiff
                          530 Fifth Avenue
                          New York, New York 10036-5101
                          (212) 944-2200

89483