UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JACOB KAPLAN,

                       Plaintiff(s),

         -v-

UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK AND
OPTUMHEALTH, INC.,
                 Defendant(s).

-------------------------------------------------------------X

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 03 2012
```

No. 12 Civ. 7610 (RA)

CASE MANAGEMENT PLAN AND
SCHEDULING ORDER

RONNIE ABRAMS, United States District Judge:

      Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby

adopts the following Case Management Plan and Scheduling Order:

1.    All parties (consent) (do not consent) to disposition of this case by a United States
      Magistrate Judge. 28 U.S.C. § 636(c). The parties are free to withhold consent without
      adverse substantive consequences. [*Please circle one. If all consent, the remainder of
      the Order need not be completed at this time.*]

2.    This case (is) (is not) to be tried to a jury. [*Please circle one.*]

3.    No additional parties may be joined after 1/4/2013      without leave of the Court.

4.    No additional causes of action or defenses may be asserted after 1/4/2013     
      without leave of the Court.

5.    Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall
      be completed no later than 12/3/2012   . [*Absent exceptional circumstances, within
      fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f).*]

6.    All fact discovery is to be completed no later than 3/29/2013   . [*A period not to
      exceed 120 days unless the case presents unique complexities or other exceptional
      circumstances.*]

7.    The parties are to conduct discovery in accordance with the Federal Rules of Civil
      Procedure and the Local Rules of the Southern District of New York. The following
      interim deadlines may be extended by the parties on consent without application to the
      Court, provided that the parties meet the deadline for completing fact discovery set forth

in ¶ 4 above.

    a.    Initial requests for production of documents shall be served by  1/3/2013   .

    b.    Interrogatories shall be served by 1/3/2013   .

    c.    Depositions shall be completed by  3/12/2013   .

    d.    Requests to Admit shall be served no later than  3/1/2013   .

8.    All expert disclosures, including reports, production of underlying documents, and depositions shall be completed by  5/15/2013   . [*The parties shall be prepared to describe their contemplated expert discovery and the bases for their proposed deadlines at the initial conference.*]

9.    All discovery shall be completed no later than  5/15/2013   .

10.    The Court will conduct a post-discovery conference on  *May 17, 2013*  at  *10:30 a.m.* [***To be completed by the Court.***] No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion (and the basis thereof) and what efforts the parties have made to settle the action.

11.    Unless otherwise ordered by the Court, the joint pretrial order and additional submissions required by Rule 5 of the Court's Individual Rules and Practices shall be due thirty (30) days from the close of discovery, or if any dispositive motion is filed, thirty (30) days from the Court's decision on such motion. This case shall be trial ready sixty (60) days from the close of discovery or the Court's decision on any dispositive motion.

12.    Counsel for the parties propose the following alternative dispute resolution mechanism for this case:

    a.    X    Referral to a Magistrate Judge for settlement discussions.

    b.    _____ Referral to the Southern District's Mediation Program. [*Note that all employment discrimination cases, except cases brought under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201* et seq., *are designated for automatic referral to the Court's Alternative Dispute Resolution program of mediation. Accordingly, counsel in such cases should select 11(b).*]

    c.    _____ Retention of a private mediator.

The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

13.  The parties have conferred and their present best estimate of the length of trial is
     five days    .

SO ORDERED.

Dated:        ~~November 21, 2012~~
              New York, New York

                                                                    12/3/12

                                            Ronnie Abrams
                                            United States District Judge

3