UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
KAPLAN                                            Docket Number 12-CV-7610(RA)(SN)
                -against-                         NOTICE OF REASSIGNMENT
UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, ET AL.
-------------------------------------------------------

The above-entitled action is:

[ ] Reassigned to the Hon. ()

[X] Reassigned Referral to the Hon. SARAH NETBURN (SN), Magistrate Judge

[X] Reassigned Designation to the Hon. SARAH NETBURN (SN), Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

Ruby J. Krajick
Clerk of Court

Dated: 12/7/2012                BY:         Philip Guarnieri
                                            Deputy Clerk