UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Jacob KAPLAN,

                             **Plaintiff,**                              12-CV-07610 (RA)(SN)

               -against-                                             **ORDER**

**UNITED HEALTHCARE INSURANCE**
**COMPANY OF NEW YORK, et al.,**

                             **Defendants.**

-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On December 3, 2012, the Honorable Ronnie Abrams referred this matter to a magistrate judge for settlement. See 28 U.S.C. § 636(b)(1)(A). On December 7, 2012, that referral was reassigned to my docket.

      The parties are directed to contact Courtroom Deputy Joseph Mendieta at (212) 805-4540 to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
                 December 10, 2012