```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 13 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JACOB KAPLAN,

                         Plaintiff,

           -v-

UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK and
OPTUMHEALTH, INC.,

                         Defendants.

------------------------------------------------------------X

No. 12 Civ. 7610 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Defendants' February 5, 2013 letter requesting a conference to address a discovery dispute and Plaintiff's February 7, 2013 responsive letter. This case has been referred to the Magistrate Judge assigned to this case for general pretrial purposes and it is thus hereby:

    ORDERED that the parties are directed to raise the discovery dispute addressed in the letters with the Magistrate Judge.

SO ORDERED.

Dated:      February 13, 2013
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge