UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JACOB KAPLAN,

                Plaintiff,

      -v-

UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK and
OPTUMHEALTH, INC.,

                Defendants.
------------------------------------------------------------X

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 13 2013

No. 12 Civ. 7610 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| ✗ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
|---|---|---|---|
| ___ | Specific Non-Dispositive Motion/Dispute | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated: February 13, 2013
       New York, New York

                                          Ronnie Abrams
                                          United States District Judge