```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Jacob KAPLAN,

                                           **Plaintiff,**                    12-CV-07610 (RA)(SN)

          -against-                                       <u>ORDER</u>

**UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, et al.,**

                                         **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephonic conference is scheduled for Tuesday, February 19, 2013 at 5:00 P.M. to address the discovery disputes raised in the parties' February 14, 2013 letters to Chambers. The parties should jointly contact Chambers, at the aforementioned time, by calling (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
                February 15, 2013