```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Jacob KAPLAN,

        Plaintiff,                                      12-CV-07610 (RA)(SN)

       -against-                                    <u>ORDER</u>

UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, et al.,

        Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are ordered to submit a joint letter informing the Court about the status of discovery by Friday, March 22, 2013. Such letter shall be submitted in accordance with the Court's Individual Practices. The letter should address any outstanding discovery disputes. It should also indicate whether the parties wish to schedule a settlement conference and, if so, include proposed dates on at least two consecutive weeks.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
                 March 18, 2013