UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Jacob KAPLAN,

        **Plaintiff,**

       **-against-**

UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, et al.,

        **Defendants.**

-------------------------------------------------------------X

**12-CV-07610 (RA)(SN)**

**REVISED SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2013

**SARAH NETBURN, United States Magistrate Judge:**

    On March 22, 2013, the parties submitted a joint letter outlining discovery disputes that have arisen since their previous conference with the Court, and requesting a modified discovery schedule. Accordingly, the parties are ordered to call Chambers, at (212) 805-0286, with all parties on the line, on March 29, 2013 at 2:00 P.M. to address the issues outlined in their joint letter.

    In addition, the discovery schedule is modified as follows:

    **Pleadings and Parties.** The parties may amend the pleadings or join additional parties until April 4, 2013.

    **Discovery.** All fact discovery shall be completed by June 28, 2013. Expert reports and the disclosure of expert testimony must conform to the requirements of Rule 26(a)(2)(B) and (C) of the Federal Rules of Civil Procedure. Plaintiff's report must be served by July 26, 2013. Defendant's identification of rebuttal experts and disclosure of their expert testimony must occur by August 16, 2013. All expert discovery shall be completed by August 16, 2013.

**Status Letter.** A joint letter informing the Court about the status of discovery shall be sent to chambers by May 3, 2013. Such letter shall be submitted in accordance with the Court's Individual Practices. The letter should address any outstanding discovery disputes. It should also indicate whether the parties wish to schedule a settlement conference and, if so, include proposed dates on at least two consecutive weeks. The parties are, however, encouraged to contact the Court earlier if they believe a settlement conference sooner would be productive.

**Summary Judgment Motion.** No party may make a motion for summary judgment until the close of discovery. Any such motion shall be filed with the Hon. Ronnie Abrams by September 30, 2013.

**Pre-Trial Order**. A proposed joint pretrial order shall be submitted by October 14, 2013 or, if a motion for summary judgment is filed, 30 days after the motion is decided. The proposed joint pretrial order shall conform to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Individual Practices of Judge Abrams.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         March 25, 2013