**SEDGWICK LLP**

ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NY  10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/27/13__

*John T. Seybert*
212-422-0202
*john.seybert@sedgwicklaw.com*

March 26, 2013

*Via E-mail (Netburn_NYSDChambers@nysd.uscourts.gov)*
Hon. Sarah Netburn
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007

Re:  *Jacob Kaplan* v. *United Healthcare Insurance Company of New York, et al.*
     Civ. Act. No. 12 Civ. 7610(RA)
     File No.: 03246-000175

Dear Judge Netburn:

    This firm represents Defendants in the above-referenced matter.  Pursuant to the Court Order entered on March 25, 2013, the parties are required to call Chambers on March 29, 2013, at 2:00 p.m. to address the discovery issues outlined in the parties' joint letter to the Court dated March 22, 2013.  I write to request an adjournment of this call to either April 2 or 3, 2013, at a time to be scheduled by the Court.  The reason for this request is that I am unable to attend the call as scheduled because I am currently out of town on vacation, returning to the office on April 1, 2013.  I am the attorney at my firm most familiar with the discovery disputes set forth in the parties' letter to the Court, and believe that my attendance on this call is necessary to ensure that the call is an efficient use of the Court's time, and productive for the parties in reaching a resolution of their discovery disputes.  This is the first request for an adjournment.  Plaintiff's counsel has consented to the requested adjournment, if the call is rescheduled prior to April 4, 2013.  He is agreeable to the proposed new dates for the call of April 2 or 3, 2013.

Respectfully submitted,

*/s/ John T. Seybert*

John Seybert
Sedgwick LLP

cc:  Robert M. Kaplan, Esq.

---

Defendants' request to adjourn the March 29, 2013, telephone conference is GRANTED. Accordingly, the conference is rescheduled for April 3, 2013, at 10:00 A.M. At that time, the parties are ordered to call Chambers, at (212) 805-0286, with all parties on the line.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

New York, New York
March 27, 2013

NY/1256533v1