UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JACOB KAPLAN,

                Plaintiff,

      -v-

UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK and
OPTUMHEALTH, INC.,

                Defendants.
-----------------------------------------------------------X

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/13

No. 12 Civ. 7610 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's telephone conference, it is hereby:

    ORDERED that the conference scheduled for May 17, 2013 is hereby adjourned <u>sine die</u>.

By May 24, 2013, the parties shall submit a joint letter proposing how they would like to proceed in this matter.

SO ORDERED.

Dated:    May 16, 2013
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge