UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - x
JACOB KAPLAN,

                12 Civ. 7610 (RA)

        Plaintiff,

  -against-

UNITED HEALTHCARE INSURANCE COMPANY
OF NEW YORK and OPTUMHEALTH, INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - x

## NOTICE OF MOTION

  PLEASE TAKE NOTICE that upon the accompanying declaration of Robert M. Kaplan, dated June 26, 2013 and the accompanying exhibits, plaintiff will move this Court before the Honorable Ronnie Abrams, United States District Judge, at the United States Courthouse, 40 Foley Square, New York, New York, on July 22, 2013 for an order pursuant to F.R.C.P. 41(a)(2), dismissing his third cause of action without prejudice.

  PLEASE TAKE FURTHER NOTICE that opposing papers, if any, are to be served by July 12, 2013.

Dated: New York, New York
    June 26, 2013

91223

                                    FERBER CHAN ESSNER & COLLER, LLP

                                    By:   /s/Robert M. Kaplan
                                          Robert M. Kaplan (RK1428)
                                    Attorneys for Plaintiff
                                    530 Fifth Avenue
                                    New York, New York 10036-5101
                                    (212) 944-2200

TO:

SEDGWICK LLP
Attorneys for Defendants
225 Liberty Street, 28th Floor
New York, New York 10281
(212) 422-0202