USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOB KAPLAN,

Plaintiff,

-v-

UNITED HEALTHCARE INSURANCE COMPANY OF NEW YORK and OPTUMHEALTH, INC.,

Defendants.

No. 12 Civ. 7610 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days. Plaintiff's pending motion to voluntarily dismiss without prejudice is denied as moot. Should the parties restore the case to the docket, Plaintiff need only re-file notice of his motion to renew it.

SO ORDERED.

Dated: October 8, 2013
New York, New York

Ronnie Abrams
United States District Judge

ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR NEW YORK, NY 10281-1008
*www.sedgwicklaw.com* 212.422.0202 *phone* 212.422.0925 *fax*

Sedgwick LLP

*John Seybert*
*john.seybert@sedgwicklaw.com*

October 8, 2013

*Via E-mail*
Hon. Ronnie Abrams
United States District Court for the Southern
District of New York
United States District Court Judge
500 Pearl Street, Room 620
New York, NY 10007

Re: *Jacob Kaplan* v. *United Healthcare Insurance Company of New York et al.*
Civ. Act. No. 12 Civ. 7610(RA)
File No.: 03246-000175

Dear Judge Abrams:

This office represents the defendants in the above-referenced matter. We write to advise the Court that the parties have reached a settlement with regard to the above-referenced matter. We respectfully request that the Court stay its determination on plaintiff's pending motion to dismiss his third cause of action without prejudice and grant us sixty days to complete the settlement within which time we will present a stipulation dismissing the action with prejudice and a request to withdraw the pending motion.

Thank you for consideration of this matter.

Respectfully submitted,

John Seybert
Sedgwick LLP

cc: Robert M. Kaplan

DOCS/17965104v1