```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JACOB KAPLAN,

                           Plaintiff,

         -against-

UNITED HEALTHCARE INSURANCE COMPANY
OF NEW YORK and OPTUMHEALTH, INC.,

                         Defendants.
------------------------------------------------------------X

Civ. Act. No.
12-cv-7610(RA)

STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Jacob Kaplan and defendants United Healthcare Insurance Company of New York and OptumHealth, Inc., through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims by plaintiff against defendants in the above-captioned action are dismissed with prejudice, and without costs or attorneys' fees to either party.

**IT IS FURTHER AGREED** that for the purpose of this Stipulation, a signature made by a facsimile or electronic copy shall have the same force and effect as an original signature.

Dated: New York, New York
October 8, 2013

_____
Robert M. Kaplan
Ferber Chan Essner & Coller, LLP
530 Fifth Avenue
New York, New York 10036
(212)944-2200
*Attorneys for Plaintiff*

_____
Michael H. Bernstein
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, New York 10281
Telephone: (212) 422-0202
*Attorneys for Defendants*

So Ordered:

_____
Hon. Ronnie Abrams, U.S.D.J.

11/15/13

NY/574026v1